# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSEPH GIRARD on behalf of himself and all other employees similarly situated, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 19-cv-30106 |
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, | : : : | |
| Defendant. | : : | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Joseph Girard ("Plaintiff") and Defendant Metropolitan Property and Casualty Insurance Company ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all of the Plaintiff's claims against Defendant in the above entitled action are hereby voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

*[Signature Page Follows]*

Respectfully submitted,

CONNOR & MORNEAU LLP

By: /s/ *Benjamin Steffans*
_____
Jeffrey S. Morneau (BBO No. 643668)
273 State Street, 2nd Floor
Springfield, MA 01103
Tel: (413)455-1730
jmorneau@cmolawyers.com

Benjamin Knox Steffans (BBO No. 568535)
STEFFANS LEGAL LLC
7 North Street, Suite 307
Pittsfield, MA 01201
Tel: (413) 418-4176
bsteffans@steffanslegal.com

MORGAN LEWIS & BOCKIUS LLP

By:/s/ *Melissa Rodriguez*
Mary Grace Patterson (BBO No. 698489)
One Federal Street
Boston, MA 02110
Telephone: 617.341.7700
Facsimile: 617.341.7701
marygrace.patterson@morganlewis.com

Christopher A. Parlo*
Melissa C. Rodriguez*
101 Park Avenue
New York, NY 10178
Telephone: 212.309.6000
Facsimile: 212.309.6001
chris.parlo@morganlewis.com
melissa.rodriguez@morganlewis.com

* Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2020, I electronically filed the above document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel registered for ECF service.

Benjamin Knox Steffans